# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**EDDIE SHORTY, #26507**                                                                 **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 4:05cv156TSL-AGN**

**STATE OF MISSISSIPPI**                                                              **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   6th   day of February, 2006.


                                               /s/ Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE